UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

HAROLD LEROY DILLARD,

         Plaintiff,

   v.

CITY OF VALLEJO; POLICE DEPARTMENT OF THE CITY OF VALLEJO, et al.

         Defendants.

NO. CIV. S-07-597 FCD/EFB

MEMORANDUM AND ORDER

----oo0oo----

    This matter is before the court on defendant Bank of America's ("defendant" or the "Bank") motion to dismiss plaintiff's first amended complaint (Docket #8), alleging a sole claim for malicious prosecution against the Bank.[1]  Defendant contends plaintiff Harold Dillard ("plaintiff") cannot state a claim for malicious prosecution because the Bank did not commence or pursue any legal action against plaintiff.  Plaintiff filed a statement of non-opposition to the motion (Docket #15).  As such,

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 78-230(h).

1

1 | the court GRANTS defendant's motion.  Plaintiff's first amended
2 | complaint against the Bank is hereby dismissed with prejudice.
3 |      IT IS SO ORDERED.
4 | DATED: July 30, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE